# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| LAURINDA DEPINA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>MARK ASSAD,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)　　C.A. No. 23-249-JJM-PAS<br>)<br>)<br>)<br>) |

## ORDER

　　The Court heard the testimony of Plaintiff Laurinda DePina on July 29, 2025 and finds that Ms. DePina has proven by a preponderance of the evidence that she suffered damages as a result of the conduct of the Defendant. The damages include loss of property and severe pain and suffering and emotional distress; being traumatized, suffering from continued nervousness, constant feelings of being on edge, and emotionally fragile. Many of these damages continue to today and are likely to continue.

　　THEREFORE, the Court finds that Ms. DePina has proven compensatory damage in the amount of $50,000. Judgement shall enter for Plaintiff Laurinda

DePina against Defendant Mark Assad in the amount of $50,000 plus pre- and post-judgement interest.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____
JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court

August 4, 2025