# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| LAURINDA DEPINA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-CV-249-JJM-PAS |
| | ) | |
| MARK ASSAD, | ) | |
| Defendant. | ) | |
| | ) | |

## CITATION  TO MARK ASSAD

Defendant and Judgment Debtor Mark Assad  shall contact the pro se Plaintiff Judgment Creditor within twenty-five (25) days of receipt of this citation to establish a payment agreement.  If the debtor defendant fails to contact the attorney for the judgment creditor or pro se judgment creditor within twenty-five (25) days, the judgment creditor may request that the district court clerk's office mail a notice with a date and time of hearing to the defendant.  Upon notice from the district court, the defendant shall appear at the time and place named therein to show cause why an examination into his circumstances should not be made, and a decree be entered ordering him to pay the judgment in full or by installment, weekly, monthly, or otherwise.

Address   of   the   Plaintiff   Judgment   Creditor: Laurinda DePina, 4 Flora Street Apt 1, Providence, RI 02904.

IT IS SO ORDERED.


*s/John J. McConnell, Jr.*

_____
JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court

August 27, 2025